**Michael Wayne BOHANNAN, Petitioner–Appellant**

v.

**Rick THALER, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.**

**No. 10–10550.**

United States Court of Appeals, Fifth Circuit.

June 28, 2012.

Michael W. Bohannan, Conroe, TX, pro se.

Jon Rodney Meador, Assistant Attorney General, Rebecca Adlam Olla, Assistant Attorney General, Office of the Attorney General, Austin, TX, for Respondent–Appellee.

Before WIENER, PRADO, and OWEN, Circuit Judges.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**418**

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM: *

We vacate the April 23, 2010, judgment of the district court and remand for reconsideration in light of the Supreme Court's decision in *Wall v. Kholi*, —— U.S. ——, 131 S.Ct. 1278, 179 L.Ed.2d 252 (2011).

VACATED and REMANDED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.